

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellee filed her brief on May 28, 2014. Appellant's reply brief is due on June 17, 2014. *See* TEX. R. APP. P. 38.6(c). On June 11, 2014, Appellant filed a motion for a seven-day extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief must be filed not later than June 24, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court